IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| GUILLERMO CARRASQUILLO, | ) | |
| | ) | No. 2:18 CV 124 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge David E Jones |
| | ) | |
| CITY OF OAK CREEK, WISCONSIN, | ) | |
| CHIEF OF POLICE STEVEN J. | ) | |
| ANDERSON, and DETECTIVE | ) | |
| ANN GOLOMBOWSKI, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT RULE 26(f) REPORT**

The parties, through their respective counsel, respectfully submit the following joint Rule 26(f) Report in anticipation of the Rule 16 Scheduling Conference set for March 14, 2018. Counsel for the parties discussed the matters set forth herein on March 6, 2018.

1. **Nature of the Case:** Plaintiff Guillermo Carrasquillo challenges the constitutionality of the City of Oak Creek's enforcement of §11.36 of its Code of Ordinances (the "Ordinance") against him. The Ordinance regulates where people who have been convicted of certain criminal offenses are permitted to live within Oak Creek. Plaintiffs' claims arise under the Fourth Amendment. This Court has jurisdiction pursuant to 28 U.S.C. §1331 because this action arises under federal law. Specifically, this case arises under 42 U.S.C. §1983 and alleges violations of the Fourth Amendment to the United States Constitution. The Defendants maintain that the City of Oak Creek's enforcement of §11.36 of its Code of Ordinances is constitutional both as written and as applied to the Plaintiff.

1

2. **Anticipated Motions**: The parties are currently exploring the possibility of early settlement and do not presently anticipate the filing of motions.

3. **Proposed Scheduling Order**: The Parties have conferred and agreed to the following proposed scheduling order:

    a. **Amendment of the Pleadings**: By May 1, 2018, or thereafter with leave of court.

    b. **Rule 26(a)(1) Disclosures**: March 21, 2018.

    c. **Disclosure of Expert Witnesses**: June 20, 2018.

    d. **Discovery Cut Off**: August 22, 2018.

    f. **Dispositive Motions:** October 4, 2018.

    g. **Final Pre-Trial Order and Motions *In Limine***: January 16, 2019.

    h. **Responses to Motions *In Limine* and Objections to Proposed Witnesses and/or Exhibits**: January 30, 2019.

    i. **Final Pre-Trial Conference**: February 7, 2019.

    j. **Trial**: February 11, 2019.

4. **Other Agreements**. The parties have agreed as follows:

    a. **Electronic Service**: The parties mutually agree to accept service of discovery via electronic means and will produce documents in electronic form whenever practicable.

    b. **Length of Briefs**: The parties have agreed to substitute word limits in lieu of page limits for briefs. The parties agree that principal briefs are limited to 8,000 words and reply briefs are limited to 4,000 words.

Respectfully submitted,

| | |
|---|---|
| /s/ Mark G. Weinberg | /s/ Melissa L. Karls |
| Law Office of Mark G. Weinberg | Haskin Karls |
| 3612 N. Tripp Avenue | 7300 South 13th Street, Suite 104 |
| Chicago, Illinois 60641 | Oak Creek, WI 53154 |
| (773) 283-3913 | (414) 762-5105 |
| | |
| /s/ Adele D. Nicholas | /s/ Gregg Gunta |
| Law Office of Adele D. Nicholas | GUNTA LAW OFFICES, S.C. |
| 5707 W. Goodman Street | 9898 West Bluemound Road, Suite 2 |
| Chicago, Illinois 60630 | Wauwatosa, WI 53226 |
| 847-361-3869 | P: (414) 291-7979 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |